■ In the Matter of BEATRICE MAY, Appellant. GEORGE BUGLIARELLO,

Individually and as President of Polytechnic Institute of New York, Respondent.—Appeal by petitioner from an order of the Supreme Court, Kings County, dated October 29, 1975, which denied her motion, made pursuant to CPLR 3102 (subd [c]), to direct respondent to submit to an oral examination, and to produce documents, to aid in the framing of a complaint. Order affirmed, without costs or disbursements. We agree with Special Term that petitioner has sufficient knowledge to frame a complaint. Hopkins, Acting P. J., Margett, Damiani, Titone and Hawkins, JJ., concur.